## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-02056-CMA-STV

EXCEL CONSTRUCTION GROUP, LLC,
    Plaintiff,

  v.

CSAA GENERAL INSURANCE COMPANY,
    Defendant.

_____

## NOTICE OF SETTLEMENT
_____

Defendant, CSAA General Insurance Company, by and through its counsel, Campbell, Wagner & Frazier, LLC, hereby notifies the Court that the parties have reached a settlement of all claims at issue in this litigation.

The parties are working to finalize settlement documents and will file those with the Court as soon as possible.

Respectfully submitted this 15th day of July, 2022.

    By: *s/ Robert A. Zahradnik-Mitchell*
       Rebecca K. Wagner (CO Bar No. 33473)
       Robert A. Zahradnik-Mitchell (CO Bar No. 50307)
       Campbell, Wagner & Frazier, LLC
       5251 DTC Parkway, Suite 400
       Greenwood Village, Colorado  80111
       (303) 831-5990
       Email:  rwagner@cwf-law.net
          rzahradnik@cwf-law.net
       *Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, I presented the foregoing **NOTICE OF SETTLEMENT** to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification to all counsel of record.

Christopher P. Peirce
Jeffrey T. Embry
HOSSLEY & EMBRY, LLP
100 Fillmore Street, 5th Floor
Denver, CO  80206
cpeirce@hossleyembry.com
jeff@hossleyembry.com
*Attorneys for the Plaintiff*

*s/ Robert A. Zahradnik-Mitchell*
Robert A. Zahradnik-Mitchell