## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-02056-CMA-STV

EXCEL CONSTRUCTION GROUP, LLC,
         Plaintiff,

  v.

CSAA GENERAL INSURANCE COMPANY,
         Defendant.

_____

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

The Plaintiff, Excel Construction Group, LLC, and the Defendant, CSAA General Insurance Company, by and through their respective counsel of record, and

WHEREAS, all things and matters in controversy herein between the Plaintiff and the Defendant have been compromised and settled, and full accord and satisfaction made therefore,

IT IS HEREBY STIPULATED AND AGREED by and among the Plaintiff and the Defendant that the within action filed by the Plaintiff against the Defendant may be forthwith ordered dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Respectfully submitted this 12th day of August, 2022.

| HOSSLEY & EMBRY, LLP | CAMPBELL, WAGNER & FRAZIER, LLC |
|---|---|
| *s/ Christopher Peirce* | *s/ Robert Zahradnik-Mitchell* |
| Christopher P. Peirce, #51921 | Rebecca K. Wagner, #33473 |
| Jeffrey T. Embry, #46965 | Robert A. Zahradnik-Mitchell, #50307 |
| 100 Fillmore Street, 5th Floor | |
| Denver, CO 80206 | 5251 DTC Parkway Suite 400 |
| 515 S. Vine Avenue | Greenwood Village, Colorado 80111 |
| Tyler, Texas 75702 | Telephone: (303) 831-5990 |
| Telephone: (903) 526-1772 | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |